UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 10:53 am, Aug 11, 2020

| | | |
|---|---|---|
| ROBERT DUNN, | )( | |
| | )( | |
| Plaintiff, | )( | CIVIL ACTION FILE NO. |
| | )( | 2:20-CV-00077-LGW-BWC |
| v. | )( | |
| | )( | |
| HARBOR FREIGHT TOOLS | )( | |
| USA, INC., | )( | |
| | )( | |
| Defendant. | )( | |

## ORDER

Having considered the Parties' consent motion to remand this case to the Superior Court of Glynn County and Plaintiff's stipulation that he will not seek a judgment exceeding $75,000 in this case under any circumstances:

IT IS HEREBY ORDERED AND ADJUDGED that this case be remanded to the Superior Court of Glynn County.

This ___11___ day of ___August___, 2020.

_____
Lisa G. Wood
United States District Court Judge